| | |
|---|---|
| STATE OF MINNESOTA | DISTRICT COURT |
| COUNTY OF STEARNS | SEVENTH JUDICIAL DISTRICT |
| | Case Type: Civil Other |

| | |
|---|---|
| Velia Flores, | Court File No.: |
| | Judge Assigned: |
| Plaintiff, | |
| | **NOTICE OF FILING OF NOTICE** |
| v. | **OF REMOVAL TO THE UNITED** |
| | **STATES DISTRICT COURT FOR** |
| Convergent Outsourcing, Inc., and | **THE DISTRICT OF MINNESOTA** |
| Jefferson Capital Systems, LLC, | |
| | |
| Defendants. | |

TO:   Clerk of Court
725 Courthouse Square, 4th Floor
St. Cloud, MN 56303

Kathleen Wagner, Esq.
Law Office of Kathleen Wagner
204 Sibley Street, Suite 207
Hastings, MN 55033

PLEASE TAKE NOTICE that this action has been removed to the United States District Court for District of Minnesota. Attached hereto as Exhibit "1" is a copy of the Notice of Removal filed in the United States District Court effecting such removal.

PLEASE TAKE FURTHER NOTICE that in accordance with 28 U.S.C. § 1446(d), the Seventh Judicial District, County of Stearns, State of Minnesota, shall proceed no further in this action unless and until the action is remanded by the United States District Court for the District of Minnesota.

|  |  |
|---|---|
| Dated: 9/5/17 | ERSTAD & RIEMER, P.A.<br><br>By: _____<br>Thomas H. Schaefer, #0231587<br>8009 - 34th Avenue South, Suite 200<br>Minneapolis, MN 55425<br>Direct Phone: 952-837-3250<br>Direct Fax: 952-767-7050<br>E-Mail: tschaefer@erstad.com<br><br>*Attorneys for Defendant*<br>*Jefferson Capital Systems, LLC* |

RE:   Velia Flores vs. Convergent Outsourcing, Inc., and Jefferson Capital Systems, LLC

STATE OF MINNESOTA )
                   )SS.                  **AFFIDAVIT OF SERVICE VIA**
COUNTY OF HENNEPIN)                 **FACSIMILE, E-MAIL, AND U.S. MAIL**

Shawnette Morrison, an employee of Erstad & Riemer, P.A., being duly sworn, says that on **September 5, 2017,** she served the annexed **Notice of Filing of Notice of Removal to the United States District Court for the District of Minnesota** on the below-listed party by e-mailing copies thereof directed to him, by faxing to him copies thereof directed to him at his last know facsimile number, and by mailing to him copies thereof directed to him, enclosed in an envelope, postage prepaid, and by depositing same in the post office at Bloomington, Minnesota:

Kathleen M. Wagner
Wagner Law LLC
204 Sibley Street, Suite 207
Hastings, MN  55033
Fax: 651-305-0959
E-Mail: kwagnerlawllc@gmail.com

_____
Shawnette Morrison

Subscribed and sworn to before me
on **September 5, 2017.**

_____
Notary Public
(STAMP AND/OR SEAL)

CHANDA SCHMALZ
Notary Public-Minnesota
My Commission Expires Jan 31, 2020